NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**NOKIA CORPORATION AND NOKIA, INC.,**
*Intervenors.*

---

2011-1164

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-704.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the unopposed motion of Nokia Corporation and Nokia, Inc. for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

<u>MAR 0 7 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Marcus E. Sernel, Esq.
Megan M. Valentine, Esq.
Paul F. Brinkman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 7 2011

JAN HORBALY
CLERK